**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | Case No. 13-48155 |
|---|---|
| Wanda Marie Powell-Poe | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/17/2013.

2) The plan was confirmed on 04/17/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 01/06/2017.

6) Number of months from filing to last payment: 36.

7) Number of months case was pending: 38.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $33,359.46 |
| Less amount refunded to debtor | $269.91 |

**NET RECEIPTS:** $33,089.55

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,700.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,377.75 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,077.75

Attorney fees paid and disclosed by debtor:   $300.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALTAIR OH XIII LLC | Unsecured | NA | 1,129.08 | 1,129.08 | 53.45 | 0.00 |
| Ameriloan | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| AT T | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| Berryl, Gordon & Assoc. | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Beverly Bus Garage Federal CU | Unsecured | 5,100.00 | NA | NA | 0.00 | 0.00 |
| Carson/HSBC | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| CASH JAR | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Unsecured | 1,400.00 | 1,341.50 | 1,341.50 | 63.51 | 0.00 |
| COMENITY BANK | Unsecured | 579.00 | NA | NA | 0.00 | 0.00 |
| Custom Collection Services | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES LLC | Unsecured | 1,833.00 | 1,779.35 | 1,779.35 | 84.24 | 0.00 |
| DEPT STORES NATIONAL BANK/MAC | Unsecured | 500.00 | 412.03 | 412.03 | 19.51 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 735.00 | NA | NA | 0.00 | 0.00 |
| GALAXY ASSET PURCHASING LLC | Unsecured | 900.00 | 900.65 | 900.65 | 42.64 | 0.00 |
| GE MONEY BANK | Unsecured | 1,342.00 | NA | NA | 0.00 | 0.00 |
| GENESIS FINANCIAL SERVICES | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| GINNYS | Unsecured | 340.00 | 340.45 | 340.45 | 16.12 | 0.00 |
| HOME DEPOT | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| HSBC/Carsn | Unsecured | 736.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Priority | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 244.91 | 244.91 | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Unsecured | 12,213.00 | NA | 157.57 | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Secured | 10,000.00 | 1,757.57 | 1,600.00 | 1,465.48 | 76.23 |
| INTERNAL REVENUE SERVICE | Priority | 818.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 700.00 | 649.61 | 649.61 | 30.75 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 102.00 | 101.91 | 101.91 | 0.00 | 0.00 |
| MASSEYS | Unsecured | 250.00 | 234.35 | 234.35 | 0.00 | 0.00 |
| MIDNIGHT VELVET | Unsecured | NA | 848.75 | 848.75 | 40.18 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL | Unsecured | 875.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 800.00 | 833.00 | 833.00 | 39.44 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PAYDAY LOAN STORE | Unsecured | NA | 1,179.32 | 1,179.32 | 55.83 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 1,062.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 1,200.00 | 1,062.17 | 1,062.17 | 50.29 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 1,900.00 | 1,843.58 | 1,843.58 | 87.28 | 0.00 |
| PREMIER BANK CARD | Unsecured | 446.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 447.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 600.00 | 579.99 | 579.99 | 27.46 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 804.00 | 804.38 | 804.38 | 38.08 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 269.00 | 310.27 | 310.27 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 198.31 | 198.31 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 850.00 | 804.38 | 804.38 | 38.08 | 0.00 |
| Redcats USA | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| Redcats USA | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Roaman's | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | NA | 466.82 | 466.82 | 22.10 | 0.00 |
| Sound and Spirit Club | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Target National Bank | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Through THE Country DO | Unsecured | 416.00 | NA | NA | 0.00 | 0.00 |
| US Cellular | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| US Cellular CORP | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| Webbank/DFS | Unsecured | 1,779.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Secured | NA | 43,080.77 | 25,761.13 | 25,761.13 | 0.00 |
| WELLS FARGO | Secured | 147,678.00 | 138,957.72 | 182,038.49 | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 149,565.00 | NA | NA | 0.00 | 0.00 |
| World Fin. Network Nat'l Bank | Unsecured | 805.00 | NA | NA | 0.00 | 0.00 |
| Wow Internet & Cable | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $182,038.49 | $0.00 | $0.00 |
| Mortgage Arrearage | $25,761.13 | $25,761.13 | $0.00 |
| Debt Secured by Vehicle | $1,600.00 | $1,465.48 | $76.23 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$209,399.62** | **$27,226.61** | **$76.23** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$16,222.38** | **$708.96** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $5,077.75 |
| Disbursements to Creditors | $28,011.80 |
| **TOTAL DISBURSEMENTS** : | **$33,089.55** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/08/2017                               By: /s/ Tom Vaughn
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**